## Commonwealth ex rel. Peterson, Appellant, *v.* Russell.

Submitted April 11, 1966.

*Donald Peterson,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Pletcher, Appellant, *v.* Pletcher.

Argued April 11, 1966.

*Daniel J. Snyder,* for appellant; *Morrison F. Lewis, Jr.,* for appellee.

Order affirmed.

WRIGHT, J., dissented.

## Commonwealth ex rel. Raysor, Appellant, *v.* Maroney.

Submitted April 11, 1966.

*Benjamin Raysor,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.